IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SCOTT BRADY CAMPBELL,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMISSIONER,<br>Social Security Administration,<br><br>    Defendant. | Case No. 6:18-cv-01738-BR<br><br>SUPPLEMENTAL ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA |

    Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"), it is ORDERED that attorney fees in the amount of $2,181.69 are hereby awarded to Plaintiff, in addition to the $14,998.51 and costs of $905.00 previously awarded by this Court in the above-captioned case. Payment of this award shall be made by check payable to Plaintiff and mailed to Plaintiff's attorneys at HARDER, WELLS, BARON & MANNING, P.C., 474 Willamette Street, Eugene, Oregon 97401.  Pursuant to *Astrue v. Ratliff,* 560 U.S. 586, 130 S. Ct. 2521, 2527 (2010), the award shall be made payable to Katherine L. Eitenmiller, HARDER, WELLS, BARON & MANNING, P.C., if the Commissioner confirms that Plaintiff owes no debt to the Government through the federal treasury offset program.  If Plaintiff has such debt, the check for any

remaining funds after offset shall be made out to Plaintiff and mailed to counsel's office at the address provided above. There are no supplemental costs or expenses to be paid herein.

DATED this  19th  day of   July      2021.

/s/ Anna J. Brown
_____
ANNA J. BROWN
United States Senior District Judge

Proposed Order submitted by:
Katherine L. Eitenmiller
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
keitenmiller@hwbm.net
Of Attorneys for Plaintiff